UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,

Plaintiff,

-vs-

D-1  ROBERT P. SHORKEY,

Defendant.

Case: 2:21−cr−20579
Assigned To : Parker, Linda V.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 9/14/2021

_____

# I N F O R M A T I O N
_____

*THE UNITED STATES ATTORNEY CHARGES:*

## GENERAL ALLEGATIONS

At all times relevant to this Information:

1. DFCU Financial (DFCU), formerly Dearborn Federal Credit Union, was a financial institution, as defined by 18 U.S.C. §20.

2. ROBERT P. SHORKEY was employed by DFCU as the company's controller, working at the company headquarters in Dearborn, Michigan. As controller, defendant ROBERT P. SHORKEY supervised the accounting department, where he directed DFCU's accounting services, including, but

1

not limited to, general ledger record keeping, payroll, and corporate tax compliance.

3. During the approximate time-period from February 2015 through October 2020, defendant ROBERT P. SHORKEY made 198 cash withdrawals, totaling $135,250.00, from the DFCU general ledger account. Each cash withdrawal occurred at a DFCU branch. Defendant ROBERT P. SHORKEY directed tellers to categorize the withdrawals as marketing expenses. In truth, the cash withdrawals were for the personal benefit of defendant ROBERT P. SHORKEY and were not related to a legitimate business purpose of DFCU. Later, SHORKEY would recharacterize the transactions on accounting records as adjustments for the purpose of concealing his theft of DFCU funds.

## COUNT 1
### Financial Institution Fraud
### 18 U.S.C. §1344
### D-1 ROBERT P. SHORKEY

4. The General Allegations are included in this count.

5. On or about October 6, 2020, at a DFCU branch located in Dearborn, in the Eastern District of Michigan, ROBERT P. SHORKEY, devised and executed a scheme to defraud his employer, DFCU, and to obtain funds owned by and under the control of DFCU, by means of material false and

fraudulent pretenses, representations and promises; that is, defendant ROBERT P. SHORKEY withdrew $1,000.00 in cash from the DFCU general ledger account, representing that the funds were to be used for the purpose of corporate marketing when in truth and as defendant ROBERT P. SHORKEY well knew, the withdrawal of funds was for the personal use of defendant ROBERT P. SHORKEY and was unrelated to the business of DFCU. Later, defendant ROBERT P. SHORKEY recategorized the transaction as an accrual adjustment on corporate accounting records for the purpose of concealing the theft of funds.

In violation of Title 18, United States Code, Section 1344.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney


*/s/ John K. Neal*
John K. Neal
Chief, White-Collar Crimes Unit

*/s/ Stanley J. Janice*
Stanley J. Janice
Assistant United States Attorney
211 W. Fort, Suite 2001
Detroit, MI  48226
Tel: 313.226.9740
Email: lee.janice@usdoj.gov

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | **AUSA's Initials:** |

**Case Title:** USA v. Robert P. Shorkey

**County where offense occurred :** Wayne

**Check One:**    ☒ Felony        ☐ Misdemeanor        ☐ Petty

    ____Indictment/ ✓ Information --- **no** prior complaint.
    ____Indictment/____Information --- based upon prior complaint [**Case number:** ____ ]
    ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

September 10, 2021
Date

/s/ Stanley J. Janice
Stanley J. Janice
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9740
Fax:     (313) 226-2873
E-Mail address: lee.janice@usdoj.gov
Attorney Bar #: P25999

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.